# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DIANA ELIZABETH MALESPIN MONTALVAN,

               Petitioner,

    v.

FERETI SEMAIA., et al.,

               Respondents.

Case No. 5:26-cv-03177-JAK-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the petition; (2) a writ of habeas corpus be issued requiring Diana Elizabeth Malespin Montalvan's (A# 246-194-539) immediate release and prohibiting her re-detention absent notice and a hearing; and (3) that Respondents file a

status report within three (3) calendar days from the date of this order confirming Petitioner's release and compliance with this order.

Dated: June 17, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE