JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ELIZABETH MALESPIN MONTALVAN,<br><br>            Petitioner,<br><br>     v.<br><br>FERETI SEMAIA., et al.,<br><br>          Respondents. | Case No. 5:26-cv-03177-JAK-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: June 17, 2026



_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE